IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**MICHELLE MCDONALD**, *Individually,*
*and on behalf of herself and other similarly*
*situated current and former employees*,

Plaintiff,

v.

**MADISON POINTE CENTER FOR**
**REHABILITATION AND HEALING, LLC,**
*A Tennessee Limited Liability Company,*
**NASHVILLE CENTER FOR**
**REHABILITATION AND HEALING, LLC,**
*A Tennessee Limited Liability Company*

Defendants.

No. 3:21-cv-00126
Judge Trauger

FLSA Opt-in Collective Action
JURY DEMANDED

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned actions may be dismissed, without prejudice. The parties shall bear their own costs.

1

Respectfully Submitted,

*/s/ Robert E. Turner, IV*
Gordon E. Jackson (TN BPR #8323)
J. Russ Bryant (TN BPR #33830)
Robert E. Turner, IV (TN BPR #35364)
Robert E. Morelli, III (TN BPR #037004)
**JACKSON, SHIELDS, YEISER, HOLT OWEN & BRYANT**
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*gjackson@jsyc.com*
*rbryant@jsyc.com*
*rturner@jsyc.com*
*rmorelli@jsyc.com*

*Attorneys for Plaintiff*

-and-

*s/ Richard C. Paul*
Richard C. Paul/TN Bar No. 018838
JACKSON LEWIS P.C.
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Phone: (901) 462-2615
Email: richard.paul@jacksonlewis.com

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that this Stipulation of Dismissal was filed electronically on this the 22nd day of October, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including Richard C. Paul (richard.paul@jacksonlewis.com).

*s/ Robert E. Turner, IV*